**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1591**

JULLIAN HUFFMAN,

Plaintiff - Appellant,

v.

THE WISE COUNTY HOUSING AUTHORITY; CINDI L. SMOOT,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:22-cv-00014-JPJ-PMS)

Submitted:  October 7, 2024                    Decided:  October 11, 2024

Before KING, GREGORY, and BERNER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jullian Huffman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jullian Huffman seeks to appeal the district court's order dismissing Huffman's civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on August 15, 2022, and the appeal period expired on September 14, 2022. Huffman filed the notice of appeal on June 24, 2024.[*] Because Huffman failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date Huffman could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).

2